UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No: 26-mj-70(SGE)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                         **MOTION FOR CORRECTION**

QUENTIN CARTER WILLIAMS,

    Defendant.

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Matthew D. Evans, Assistant United States Attorney, hereby moves the Court for an order for correction, in the above-referenced matter.

AUSA Evans has no knowledge of, or involvement with, this case. Due to an error within the U.S. Attorney's Office, AUSA Evans's name was mistakenly used on the Motion to Seal (Dkt. No. 3). The government has filed an amended petition (Dkt. No. 5).

Accordingly, the government requests that AUSA Matthew D. Evans be removed from the docket and all docket entries in this matter, including the caption of this case.

Dated: February 3, 2026                      Respectfully Submitted,

                                                    DANIEL N. ROSEN
                                                    United States Attorney

                                                    *s/Matthew D. Evans*
                          BY:    MATTHEW D. EVANS
                                                    Assistant U.S. Attorney