UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-mj-70(DWF/ECW)

UNITED STATES OF AMERICA,

      Plaintiff(s)

v.

QUENTIN WILLIAMS,

      Defendant(s)

---

**STATEMENT OF FACTS IN SUPPORT OF
EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

---

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Quentin Williams, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

I am represented in this matter by Bruce D. Nestor. Mr. Nestor has discussed with me the discovery disclosures made by the Government, his request for additional discovery in this matter and the need for him to have additional time to review the disclosures and file appropriate pretrial Motions due to his current workload. I also wish to have the opportunity to review the discovery in full and discuss it with my attorney. I believe it is in my best interests to extend the deadline for filing motion until April 6, 2026, and continue the current motion hearing date if necessary.

Based on the above facts, I request that any period of delay resulting from granting of the Motion to Extend Deadlines, and continue the Motion Hearing in my

case, be excluded from calculation of speedy trial deadlines under the Speedy Trial Act.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Date: 3/20/2026

*Quentin Williams*
ID BYy1tZorgaHC4DG2j28h1Hu7

Quentin Williams

Date: March 20, 2026

        S/BRUCE D. NESTOR
Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN  55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com

## eSignature Details

**Signer ID:**       **BYy1tZorgaHC4DG2j28h1Hu7**
Signed by:        Quentin Williams
Sent to email:     williams.quentin612@yahoo.com
IP Address:       172.58.8.62
Signed at:        Mar 20 2026, 1:21 pm CDT