UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-mj-70(DWF/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| QUENTIN WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S NON-OPPOSITION TO MOTION TO DISMISS

Defendant Quentin Carter Williams, by counsel Bruce D. Nestor of De León & Nestor, LLC, states as follows:

Defendant does not oppose the Motion to Dismiss Without Prejudice filed pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated:  March 20, 2026                    _____S/BRUCE D. NESTOR_____
Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN  55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com