**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,                                        MJ No. 26-70 (DWF/ECW)

      Plaintiff,

v.                                                                              **ORDER OF DISMISSAL**

Quentin Carter Williams,

      Defendant.

This matter is before the Court upon the Government's Motion to Dismiss the Information pursuant to Federal Rule 48(a) (Doc. No. [29]). Defense filed a Response indicating no opposition to Government's Motion. (Doc. No. [30]). The Court having carefully reviewed the entire record in this matter and being otherwise duly advised in the premises, enters the following:

**ORDER**

1.      Pursuant to Fed. R. Crim. P. 48(a), the United States' motion for dismissal (Doc. No. [29]) is hereby **GRANTED.**

2.      The charge alleged against Quentin Carter Williams in the Information in the above-referenced matter is **DISMISSED WITHOUT PREJUDICE.**

Dated:  March 24, 2026                          s/Donovan W. Frank
                                                 DONOVAN W. FRANK
                                                 United States District Judge